THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEONARD FERNANDEZ, Appellant, *v.* HARRY M. KAISER, Warden of Clinton Prison, Respondent.

(Submitted March 27, 1931; decided April 14, 1931.)

*James B. McKenna* for appellant.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden* and *Almon W. Burrell* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.